UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRENDA MCCARTHY,**

    **Plaintiff,**

v.   Case: 8:16-cv-137-T-35TGW

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant,**

_____/

## MEDIATION RESULTS REPORT

Pursuant to Stipulation/Order a mediation conference was held on, May 2, 2016.

Pursuant to the Stipulation/Order:    (X) Plaintiff/Petitioner Appeared

(X) Defendant/Respondent Appeared

( ) Defendant/Respondent Appeared

PLAINTIFF'S ATTORNEY/FIRM:
William C. Demas, Esq.
Tucker & Ludin, P.A.
5235 16th Street N.
St Petersburg, FL 33703

DEFENDANT'S ATTORNEY/FIRM:
William J. Tolton, Esq.
Ogden & Sullivan, P.A.
113 S. Armenia Avenue
Tampa, FL 33609

MEDIATOR:
Jack L. Townsend, Sr., Mediator
6408 E. Fowler Avenue
Tampa, FL 33617

**RESULTS:** *(Mediation Results Report will be filed electronically if possible)*

(X) Full Settlement Agreement
( ) Partial Settlement Agreement
( ) No Settlement Agreement
( ) Continued (Date)

LENGTH OF MEDIATION CONFERENCE:   3.50   Hours

*/s/ Jack L. Townsend, Sr.*
Jack L. Townsend, Sr., Mediator