**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRENDA MCCARTHY,**

    Plaintiff,

v.                                      Case No: 8:16-cv-137-T-35TGW

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 2, 2016, the Mediator filed a Mediation report, informing the Court that the above-captioned case has settled. (Dkt. 16) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **Dismissed without prejudice**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice without further order from the Court. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2016.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party